AO 241 (Rev. 1/15) (INND Prison Disciplinary Rev. 8/16)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

## 28 U.S.C. § 2254 HABEAS CORPUS PETITION
## CHALLENGING A PRISON DISCIPLINARY PROCEEDING

[*This form is for a State prisoner to challenge <u>one prison disciplinary proceeding</u>. If you want to challenge more than one, you must file a separate form for each one. If you are challenging a State court or federal conviction, you need a different form.*]

| Name (under which you were convicted): Rafael L. Walker | Case No. [*For a new case in this court, leave blank. The court will assign a case number.*]<br><br>3:22-cv-482 |
|---|---|
| Place of Confinement: Wabash Valley Corr. Facility | Earliest Possible Release Date: 11-23-44 |

[*Once you know your case number, it is <u>VERY IMPORTANT</u> that you include it on <u>everything</u> you send to the court for this case. <u>DO NOT</u> send more than one copy of anything to the court. <u>NEATLY</u> print in ink (or type) your answers.*]

1. Name of facility holding the hearing: Indiana State Prison
   Date of hearing: 4 / 13 / 2020. Case number: ISP 20-03-0224
   Offense: Battery on Staff
   Code # A117.    Did you plead guilty? ○ Yes. ⏺ No.

2. Lost earned credit time? ○ No. ⏺ Yes, I lost 180 days earned credit time.
   Was the loss of earned credit time suspended? ⏺ No. ○ Yes, it was suspended until: ___/___/___.
   If suspended, has it been imposed? ⏺ No. ○ Yes, it was imposed on: ___/___/___.

3. Demoted in credit class? ○ No. ⏺ Yes, I was demoted from Class CC1 to Class CC2.
   Was the demotion suspended? ⏺ No. ○ Yes, it was suspended until: ___/___/___.
   If suspended, has it been imposed? ○ No. ○ Yes, it was imposed on: ___/___/___.

4. Appealed to the Superintendent? ○ No. ⏺ Yes, the result was: Denied

5. Appealed to Final Reviewing Authority? ○ No. ⏺ Yes, the result was: facility

6. Previously challenged this disciplinary hearing in <u>federal</u> court? ⏺ No. ○ Yes, case number: _____

7. Are you paying the $5.00 filing fee?

   ○ Yes, I have authorized prison officials to deduct the money from my prisoner trust fund account and send it to the court.

   ○ Yes, the money will be paid for me by _____

   ⏺ No, I am filing a Prisoner Motion to Proceed In Forma Pauperis because I have less than $15.00 in my inmate trust account AND I have received less than $15.00 a month during the past six months.

[*<u>DO NOT</u> write in the margins or on the back of any pages. Attach additional pages if necessary.*]

BK33

# GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

*[Explain why the prison disciplinary hearing violated the Constitution, laws, or treaties of the United States. Write the facts supporting each ground. Use simple English words and sentences. Do not use legal terms or quote from cases or statutes. If you want to submit a legal brief or arguments, attach a separate memorandum.*

*CAUTION: If you do not present every ground in this petition, you may be barred from doing so later.]*

**GROUND ONE:** [Briefly describe your claim.] Conduct report was in retaliation for staff assaulting me & to cover up their misconduct

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]
On 3-10-20 I was assaulted by staff and injured, After filing multiple grievances, and filing for protective custody against staff on 3-23-20 & 3-28-22 I was threaten then assaulted by staff who wrote conduct report for telling on them

Did you present Ground One to the Final Reviewing Authority? ☑ Yes  ◯ No, because _____

**GROUND TWO:** [Briefly describe your claim.] I was denied all evidence & witness

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]
DHB refused to provide me evidence or witness's

Did you present Ground Two to the Final Reviewing Authority? ☑ Yes  ◯ No, because _____

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

BK33

AO 241(Rev. 1/15) (INND Prison Disciplinary Rev. 8/16)                                                                                        page 3

**GROUND THREE:** [Briefly describe your claim.] _____

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]

Did you present Ground Three to the Final Reviewing Authority?  ○ Yes.  ○ No, because _____

**DOCUMENTS**

I have attached these documents from this disciplinary hearing: [Check all that apply.]

- ○ Report of Conduct
- ○ Screening Report
- ⊙ Report of Disciplinary Hearing
- ○ Letter from the Final Reviewing Authority
- ⊙ Other relevant documents: Notice of Screening report, report of Conduct from related case, request for protection Forms DHBAppeal From related case

**RELIEF**

I ask for the following relief: to recieve All lost credit time For conduct report to be over turned And removed from my file _____ or any other relief to which I may be entitled.

**DECLARATION AND SIGNATURE**

I placed this petition in the prison mail system on 6 / 20 /20 22 at 6:30 am/pm.
[Do not fill in this date and time until you give this petition to prison officials to send to the court.]

I declare under penalty of perjury that all of the statements in this petition are true.

Rafael Walker                                                                                      166671
Signature                                                                                             Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

BK33