AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

RAFAEL L WALKER
    Plaintiff

v.  Civil Action No. 3:22-cv-482

WARDEN
Wabash Valley Correctional Facility
    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: Petitioner Rafael L. Walker's habeas corpus petition is DISMISSED and he is DENIED leave to proceed in forma pauperis on appeal. Judgment is ENTERED in favor of defendant Warden and against plaintiff Rafael L. Walker.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Michael G. Gotsch, Sr. on a Petition for Writ of Habeas Corpus and Motion to Dismiss.

DATE:   December 16, 2022            GARY T. BELL, CLERK OF COURT

                                                      by   s/N. Long
                                                        *Signature of Clerk or Deputy Clerk*